**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**

| **IN RE: Ervin P. Thomas** | **CHAPTER 13** |
|---|---|
| **#12 - Motion to Extend Time** | **CASE NO.  17-62021** |

**O R D E R**

The above-captioned matter is deficient in the following area(s):

____ The filing fee has not been paid in the amount of .    Motions requiring fees filed electronically are to be paid by debit or credit card.  Motions requiring fees filed *pro se* must be paid by cash, cashier's check or money order only, payable to Clerk, U.S. Bankruptcy Court or motion for extension of time to pay same pursuant to BR 1006.

 XX   A notice of hearing was not attached.  You must contact the Clerk's Office to obtain a hearing date and then file with the Court a Notice of Hearing and Certificate of Service indicating that notice was given to the appropriate parties . (Local Rule 9013-1 requires opposing counsel be contacted to clear hearing dates.)

____ This case was closed on.  A Motion to Reopen must be filed and appropriate fees paid, unless waived by the Court upon proper application and sufficient cause, before any action may be taken on the pleading.

____ This case was sent to the archives. You are required to file a request with this Court accompanied by a fee in the amount of Fifty-three dollars ($53.00) for retrieval of the file.  Payment may be made by cash, cashier's check or money order only, payable to Clerk, U.S. Bankruptcy Court or CM/ECF users may pay by credit or debit card.

____ The attorney's name does not appear on the rolls as having been admitted to practice before this Court.  If non-resident counsel, you must associate with local counsel within **fourteen (14) days** and file with the Clerk evidence thereof and notice of entry as counsel of record pursuant to Local Rule 2090-1.

____ Adding creditors to case after the petition is filed  is considered an amendment, requiring the amendment form, $31.00 filing fee and certification that the attorney has mailed the §341 meeting notice to any newly added creditors.

____ Pleadings filed on behalf of a corporation **must** be filed by counsel.

____ Motion to convert not in compliance with Local Rule 1017-1 (copy attached).

____ Chapter 13 Plan not signed by debtor(s).

___ Incomplete or incorrect image attached to ECF docket entry number _____.

____ Required Official Form _____ (effective 12/01/2015) was not filed.

It is accordingly

**O R D E R E D**

that failure to cure said deficiency(ies) within fourteen (14) days from this date, or to file a pleading within such time requesting a hearing upon such asserted deficiency(ies), said pleading shall stand dismissed without further notice, hearing or Order.   The pleading which is the subject of the deficiency referenced above is deemed lodged with the Court and the Clerk is directed to take no further action with respect to it pending curing of the deficiency or dismissal of the pleading.

Service of a copy of this Order shall be made to debtor(s) and counsel for debtor(s); filing party, trustee, and other parties as may be appropriate.

Entered: 11/1/17

_____
**REBECCA B. CONNELLY,  JUDGE**

dropdedPleadC.frm